UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KEVIN JONES, | ) | |
|     Plaintiff, | ) ) ) ) | |
| v. | ) | No. 3:19-CV-00190-JRG-DCP |
| DOCTOR MATTHEWS, MELISSA HEAD, and SARAH BAKER, | ) ) ) ) | |
|     Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendants' motion for summary judgment [Doc. 25] is GRANTED;

2. This action is **DISMISSED**;

3. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                              s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk